# Court of Appeals
# of the State of Georgia

ATLANTA, March 29, 2017

*The Court of Appeals hereby passes the following order*

## A17D0316. ROBERT E. PURYEAR, SR., et al. v. MACON-BIBB COUNTY PLANNING AND ZONING COMMISSION.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

16CV64011



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, March 29, 2017.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*